Argued November 30, affirmed December 9, 1971

IN THE MATTER OF THE ESTATE OF THOMAS J. HAYES,
DECEASED

HAYES, *Respondent, v.* HAYES, *Appellant.*
490 P2d 1283

*Bartlett F. Cole,* Portland, argued the cause and filed the brief for appellant.

*William E. Gross,* Portland, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

Appellant challenges the right of a widow who had filed suit for divorce to inherit when the husband died intestate during the pendency of the suit. The issue raised is for the legislature, not the courts.

Affirmed.